UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-cr-01689-JES |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Sec. 1956(h) – Conspiracy to Launder Monetary Instruments; Title 18, U.S.C., Sec. 982, and Title 21, U.S.C., Sec. 853 – Criminal Forfeiture |
| DOUGLAS P. SOOLEY, | |
| Defendant. | |

The United States Attorney charges:

### Count 1
### 18 U.S.C. § 1956(h)
### (Conspiracy to Launder Monetary Instruments)

1. Beginning on or about November 3, 2018, and continuing through at least February of 2022, within the Southern District of California and elsewhere, the defendant DOUGLAS P. SOOLEY, did knowingly and intentionally combine, conspire, confederate, and agree with others known and unknown to the United States Attorney, to commit the following offenses against the United States:

    a. to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States and to a place in the United States from and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed

CWT: Washington,DC
8/15/24

    in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i); and

  b. to knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957; and the aforementioned specified unlawful activity being wire fraud, in violation of Title 18, United States Code, Section 1343; all in violation of 18 United States Code, Section 1956(h).

### FORFEITURE ALLEGATION

 2. The allegations contained in Count 1 of the Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 982(a)(1), 982(a)(2)(A) and 982(b) and Title 28, United States Code, Section 2461(c).

 3. Upon conviction of the offense of conspiracy to commit money laundering as set forth in Count One, defendant DOUGLAS P. SOOLEY, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982 (a) (1), all property, real and personal, involved in the offense, including but not limited to: a forfeiture money judgment in that amount of property involved in the offense of conspiracy to commit money laundering as set forth in Count One.

    4.   If any of the property described above as a result of any act or omission of the defendants:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States, Code, Section 853(p), made applicable herein by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of defendant DOUGLAS P. SOOLEY, up to the value of the said property described above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 982(a)(1), 982(a)(2)(A), and 982(b) and Title 28, United States Code, Section 2461(c).

Dated: August 15, 2024

TARA K. MCGRATH
United States Attorney

_[signature]_

LAWRENCE A. CASPER
Assistant United States Attorney
JOSEPH PALAZZO
Trial Attorney
Money Laundering & Asset Recovery Section
U.S. Department of Justice